988 A.2d 1287

COMMONWEALTH of Pennsylvania, Respondent

v.

Larry JENKINS, Petitioner.

No. 179 EM 2009.

Supreme Court of Pennsylvania.

Feb. 1, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of February, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing on the Pending Petition for Writ of Habeas Corpus are **DENIED.**